**Rosa D. DORSEY, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2010–7089.

United States Court of Appeals, Federal Circuit.

July 15, 2010.

**ON MOTION**

**ORDER**

Upon consideration of the Secretary's motion for a 7–day extension of time, until July 16, 2010, to file its informal response brief,

It Is Ordered That:

The motion is granted.